# EXHIBIT A

STATE OF <u>NEW YORK</u>  }
COUNTY OF <u>NASSAU</u>  }

| | |
|---|---|
| AFS ASSIGNEE OF PROVIDIAN NATIONAL BANK<br>   Plaintiff,<br>vs.<br>LOVENIA J BREWER<br><br>   Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, <u>Crystal Pilger</u>, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of **AFS ASSIGNEE OF PROVIDIAN NATIONAL BANK**, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York, against Defendant(s) is due and owing the principle sum of $2,320.96, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s). The debt continues to accrue interest at the rate of 5% from October 31, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit. I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

This affidavit executed this ____ day of JUL 1 2 2007

_____
Signature

Crystal Pilger
Name printed

The foregoing affidavit sworn to and subscribed before me this ____ day of JUL 1 2 2007, 2____.

_____
Notary Public

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

T07481
4031149734135742
25891353