AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LOVENIA J. BREWER, on behalf of plaintiff
and the classes

V.

DATA SEARCH N.Y., INC., and ARROW
FINANCIAL SERVICES, L.L.C.,

CASE NUMBER: **08 C 895**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CONLON
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Arrow Financial Services, LLC
c/o Registered Agent:
CT Corporation System,
208 S. LaSalle St., Suite 814,
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South Lasalle, 18th Floor
Chicago, Il 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 12, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 2/14/08 |
| NAME OF SERVER (PRINT) wondwosen woldegebriel | TITLE paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 208 S. Lasalle, chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/14/08
         Date

Signature of Server

Address of Server: 120 S. Lasalle, chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.