AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LOVENIA J. BREWER, on behalf of plaintiff
and the classes

V.

DATA SEARCH N.Y., INC., and ARROW
FINANCIAL SERVICES, L.L.C. ,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 895**

JUDGE CONLON
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South Lasalle, 18th Floor
Chicago, Il 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 12, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE FEB. 26, 2008 |
| NAME OF SERVER (PRINT) JONATHAN KAHN | TITLE LEAD PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, 6851 JERICHO TPK, SUITE 190, SYOSSET, NY 11791. COPIES OF SUMMONS AND COMPLAINT LEFT WITH CARL HERN,* MANAGER ON FEB. 26, 2008 AT 10:59 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*MALE, WHITE
AGE: APROX. 40
5'8", 160 LBS
SHORT BROWN HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $75.00 | $75.00 |

### DECLARATION OF SERVER

STATE OF NEW YORK
COUNTY OF SUFFOLK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEB 26, 2008
Date

Signature of Server

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 26th DAY OF FEB, 2008
BY JONATHAN KAHN

*(signature)*
NOTARY PUBLIC

JONATHAN KAHN
924 HAWKINS AVE.
LAKE GROVE NY 11755
Address of Server

JOHN GORDON
NOTARY PUBLIC, STATE OF N.Y.
01GO6157112 SUFFOLK CNTY
COMMISSION EXP. 1/22/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.