# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LOVENIA J. BREWER, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 895 |
| ARROW FINANCIAL SERVICES, L.L.C., and | ) |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) Judge Conlon |
| AMERICA, LLC and TRAK AMERICA, | ) |
| | ) Magistrate Judge Mason |
| Defendants. | ) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ARROW FINANCIAL SERVICES, LLC**

| | |
|---|---|
| SIGNATURE  s/Todd P. Stelter | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6278521 | TELEPHONE NUMBER  312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6292269v1 886154

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LOVENIA J. BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) COURT FILE NO. 08 CV 895 | |
| ARROW FINANCIAL SERVICES, L.L.C., and ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) Judge Conlon | |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) Magistrate Judge Mason | |
| Defendants. ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

Respectfully submitted,

By:\_\_\_\_s/Todd P. Stelter_____
One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6292269v1 886154