IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVENIA J. BREWER,<br><br>   Plaintiff,<br>v.<br><br>ARROW FINANCIAL SERVICES, L.L.C., and<br>DATA SEARCH N.Y., INC. d/b/a TRAK<br>AMERICA, LLC and TRAK AMERICA,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) COURT FILE NO. 08 CV 895<br>)<br>) Judge Conlon<br>)<br>) Magistrate Judge Mason<br>)<br>)<br>) |

### NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that on the **19th** day of **March 2008** at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Conlon, or any judge sitting in his/her stead in Courtroom 1743 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion for Extension of Time**, a copy of which is hereby served upon you.

                Respectfully submitted,


              By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOVENIA J. BREWER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 CV 895 |
| ARROW FINANCIAL SERVICES, L.L.C., and | ) |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) Judge Conlon |
| AMERICA, LLC and TRAK AMERICA, | ) |
| | ) Magistrate Judge Mason |
| Defendants. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ___s/Todd P. Stelter___

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6294187v1 886154