# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0895 | **DATE** | 3/19/08 |
| **CASE TITLE** | LOVENIA J. BREWER vs. ARROW FINANCIAL SERVICES, LLC., ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed/agreed motion [15] for extension of time to 4/9/08 to file a responsive pleading is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|