IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOVENIA J. BREWER,<br>on behalf of plaintiff and the classes<br>described herein, | )<br>)<br>) | |
| | ) | 08 C 895 |
| | ) | Judge Conlon |
| Plaintiff, | )<br>) | Magistrate Judge Mason |
| vs. | )<br>) | |
| ARROW FINANCIAL SERVICES,<br>   L.L.C., and<br>DATA SEARCH N.Y., INC.<br>   d/b/a TRAK AMERICA, LLC<br>   and TRAK AMERICA, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, April 3, 2008 at 9:00 a.m.**, we shall appear before the Honorable Judge Conlon in Room 1743 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, which was electronically filed and served upon you through the Court's CM/ECF system.

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Michael J. Aschenbrener, hereby certify that on March 28, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000
*Counsel for Defendant Data Search N.Y., Inc.*

                                        s/Michael J. Aschenbrener
                                        Michael J. Aschenbrener