## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LOVENIA J. BREWER,<br>on behalf of plaintiff and the classes<br>described herein, | )<br>)<br>) |
| | ) 08 C 895 |
| | ) Judge Conlon |
| Plaintiff, | ) Magistrate Judge Mason |
| | ) |
| vs. | )<br>) |
| ARROW FINANCIAL SERVICES,<br>    L.L.C. , and<br>DATA SEARCH N.Y., INC.<br>    d/b/a TRAK AMERICA, LLC<br>    and TRAK AMERICA, | )<br>)<br>)<br>)<br>) |
| | )<br>) |
| Defendants. | ) |

### NOTICE OF FILING

   **PLEASE TAKE NOTICE** that on March 28, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                        s/Michael J. Aschenbrener
                                        Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on March 28, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000
*Counsel for Defendant Data Search N.Y., Inc.*

s/Michael J. Aschenbrener
Michael J. Aschenbrener