# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0895 | **DATE** | 4/3/2008 |
| **CASE TITLE** | LOVENIA J. BREWER vs. ARROW FINANCIAL SERVICES, LLC, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [19] for class certification is taken under advisement. Defendants shall respond by April 21, 2008; plaintiff may reply by April 28, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|